B6F (Official Form 6F) (12/07)

In re **Ociel Hernandez,**
      **Maria Hernandez**
                                   Debtors

Case No.  **5:15-bk-71866**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1579** <br><br> **Afni, Inc.** <br> **Po Box 3097** <br> **Bloomington, IL 61702** | | H | **Opened 12/01/14** <br> **Collection Attorney Dish Network** | | | | **168.00** |
| Account No. **xxxxxxxx-xxx-4543** <br><br> **Alcoa Billing Center** <br> **3429 Regal Drive** <br> **Alcoa, TN 37701-3265** | | J | **collection for SE Emergency Physicians** | | | | **857.00** |
| Account No. <br><br> **Baylor College of Medicine** <br> **One Baylor Place** <br> **Houston, TX 77030** | | J | | | | | **427.00** |
| Account No. **xxxxxx0691** <br><br> **Berlinwh-mo** <br> **711 W Mccarty St** <br> **Jefferson City, MO 65101** | | W | **Med1 02 Mercy Health Center Bentonvi** | | | | **981.00** |
| __5__ continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | **2,433.00** |

In re **Ociel Hernandez,**
**Maria Hernandez**
, Debtors

Case No. **5:15-bk-71866**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx3142<br><br>**Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | W | Opened 3/01/14 Last Active 11/02/14<br>Credit Card | | | | 395.00 |
| Account No. xxxxxxxxxxxx1174<br><br>**Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | W | Opened 3/01/14 Last Active 1/04/15<br>Credit Card | | | | 394.00 |
| Account No. xxxx-xxxx-xxxx-3498<br><br>**Credit One Bank**<br>**PO Box 60500**<br>**City Of Industry, CA 91716-0500** | | J | | | | | 648.37 |
| Account No. xxxx-xxxx-xxxx-1532<br><br>**Credit One Bank**<br>**PO Box 60500**<br>**City Of Industry, CA 91716-0500** | | J | subject to lawsuit | | | | 660.41 |
| Account No. xxxxxxxxxxxx7747<br><br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | H | Opened 6/01/11 Last Active 4/06/14<br>Credit Card | | | | 1,005.00 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,102.78**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ociel Hernandez,**
**Maria Hernandez**
                                                        , Debtors

Case No. **5:15-bk-71866**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx6257<br><br>GECRB/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | H | Opened 3/01/14 Last Active 6/03/14<br>Charge Account | | | | 1,140.00 |
| Account No. xxxxxxxxxxxx7552<br><br>GECRB/Care Credit<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | J | Opened 3/01/14 Last Active 7/18/14<br>Charge Account | | | | 1,050.00 |
| Account No. xxx0253<br><br>Medical Data Systems I<br>2120 15th Ave<br>Vero Beach, FL 32960 | | W | Opened 1/01/14<br>Collection Attorney Nwmc Bentonville | | | | 1,154.00 |
| Account No. x0328<br><br>Medical Data Systems I<br>2120 15th Ave<br>Vero Beach, FL 32960 | | W | Opened 5/01/14<br>Collection Attorney Nwmc Bentonville | | | | 143.00 |
| Account No. xxxxx2652<br><br>Mercy Clinic NW Arkansas Comm<br>PO Box 504891<br>Saint Louis, MO 63150 | | J | | | | | 25.00 |

Sheet no. **2** of **5** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **3,512.00**

In re **Ociel Hernandez,**
**Maria Hernandez** ,
Debtors

Case No. **5:15-bk-71866**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx1827<br><br>**Mercy Clinic NW Arkansas Comm**<br>**PO Box 504891**<br>**Saint Louis, MO 63150** | | J | | | | | 48.82 |
| Account No. xx5960<br><br>**Mid-America Accounts Control**<br>**PO Box 790**<br>**Joplin, MO 64802-0790** | | J | collection for Ozark Oral Maxillo Facial Surgery | | | | 164.00 |
| Account No. xxxxxx1197<br><br>**Midland Funding**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | W | Opened 11/01/14<br>Factoring Company Account Credit One Bank N.A. | | | | 648.00 |
| Account No. xx0138<br><br>**Pinnacle Hills Dental Group**<br>**25225 Pinnacle Hills Pkwy.**<br>**#102**<br>**Rogers, AR 72756** | | J | | | | | 857.40 |
| Account No. xxx3147<br><br>**Rickman & Rickman**<br>**135 Interstate Blvd Unit**<br>**Greenville, SC 29615** | | W | Opened 6/01/13<br>Collection Attorney Mercy Hospital Nw Arkansas | | | | 1,003.00 |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,721.22**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ociel Hernandez,**
**Maria Hernandez**
, Debtors

Case No. **5:15-bk-71866**

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx3769<br><br>Rickman & Rickman<br>135 Interstate Blvd Unit<br>Greenville, SC 29615 | | W | Opened 3/01/13<br>Collection Attorney Mercy Hospital Nw Arkansas | | | | 870.00 |
| Account No. xxxxx2750<br><br>Sunrise Credit Service<br>234 Airport Plaza Blvd S<br>Farmingdale, NY 11735 | | H | Opened 3/01/15<br>duplicate | | | | 0.00 |
| Account No. xxxx9501<br><br>Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | | J | collection for AT&T Mobility | | | | 9,761.76 |
| Account No. xxx2085<br><br>Valarity Llc<br>P O Box 505023<br>Saint Louis, MO 63150 | | H | Med1 02 Mercy Clinics Rogers Ar | | | | 134.00 |
| Account No. xxx8809<br><br>Valarity Llc<br>P O Box 505023<br>Saint Louis, MO 63150 | | H | Med1 02 Mercy Clinics Rogers Ar | | | | 132.00 |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **10,897.76**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ociel Hernandez,**
**Maria Hernandez**

Case No. **5:15-bk-71866**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8810**<br><br>**Valarity Llc**<br>**P O Box 505023**<br>**Saint Louis, MO 63150** | | H | **Med1 02 Mercy Clinics Rogers Ar** | | | | **69.00** |
| Account No. **xxx5706**<br><br>**Valarity Llc**<br>**P O Box 505023**<br>**Saint Louis, MO 63150** | | H | **Med1 02 Mercy Clinics Rogers Ar** | | | | **64.00** |
| Account No. **xxx8808**<br><br>**Valarity Llc**<br>**P O Box 505023**<br>**Saint Louis, MO 63150** | | H | **Med1 02 Mercy Clinics Rogers Ar** | | | | **61.00** |
| Account No. **xxxxxxx0001**<br><br>**World Accept Corp**<br>**World Acceptance Corp/Attn Bankruptcy**<br>**Po Box 6429**<br>**Greenville, SC 29606** | | W | **Opened 2/01/15 Last Active 4/15/15** | | | | **1,960.00** |
| Account No. **xxxxxxx4001**<br><br>**World Accept Corp**<br>**World Acceptance Corp/Attn Bankruptcy**<br>**Po Box 6429**<br>**Greenville, SC 29606** | | H | **Opened 12/01/14 Last Active 4/27/15** | | | | **1,500.00** |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,654.00**

Total (Report on Summary of Schedules) **26,320.76**